UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

United States

                Plaintiff,

vs.                                                    5:99-cv-436 (FJS/TWD)

Brenda Jones

                Defendant.

---

HSBC

and

Bank of America

                Garnishees.

---

Frederick J. Scullin, Jr.
Senior U.S. District Judge

## ORDER

On April 6, 2012 the Court issued a Writ of Garnishment as to Bank of America and HSBC. On April 17, 2012 an answer was filed by Bank of America. On April 23, 2012 HSBC filed an answer. Both garnishees indicated that no funds or accounts were available for garnishment. The government has been consulted and will not move for dismissal at this time, but does not object to the Court closing this case, without prejudice, with leave to reopen upon good cause shown. Therefore it is hereby

**ORDERED** that the Clerk of the Court shall close this case, without prejudice, with leave to reopen upon good cause shown.

**IT IS SO ORDERED.**

August 13, 2012
Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge