# OVERTON, RUSSELL, DOERR AND DONOVAN, LLP

ATTORNEYS AND COUNSELORS AT LAW
19 EXECUTIVE PARK DRIVE
CLIFTON PARK, NEW YORK 12065

TELEPHONE (518) 383-4085
TELECOPIER (518) 383-4282

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.                          CIVIL NO.  **5:99-CV-00436**

**Brenda Jones**,            ORDER/APPLICATION FOR WRIT OF GARNISHMENT

    Defendant.

and,

**GPO Federal Credit Union**,

    Garnishee.

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, **Brenda Jones**, ("Defendant") Social Security Number **XXX-XX-8840**, whose last known address is: **471 Main Street, Cold Brook, NY 13324-1706** in the above cited action in the amount of **$10,866.10**, plus interest at the rate of **5.163%** from **July 22, 1999**, until paid, together with costs.  A balance of **$21,724.98** remains outstanding.  Demand for payment of the

above-stated debt was made upon the Defendant not less than 30 days from the date of this application, and debtor has failed to satisfy the debt.

The Garnishee, **GPO Federal Credit Union**, is believed to owe or will owe money or property to Defendant, or is in possession of property of the Defendant, and said property is a nonexempt interest of the Defendant.

The name and address of the Garnishee or Garnishee's authorized agent is:

**GPO Federal Credit Union**
**4311 MIDDLE SETTLEMENT ROAD**
**NEW HARTFORD, NY 13413**

Dated this 4 day of Jun, 2013.

Respectfully submitted:

Linda L Donovan
Overton, Russell, Doerr & Donovan

_[signature]_

Dated at Syracuse, NY

June 5, 2013

It is so Ordered

_[signature]_